# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>THEODORE VALLESTEROS,<br><br>    Defendant. | Case No. 2:05-CR-00480-KJD-PAL<br><br>**ORDER** |

   Presently before the Court is Magistrate Judge Peggy A. Leen's Findings & Recommendation (#48) entered October 20, 2006, recommending that Defendant's Motion to Suppress Evidence (#45) be denied. No objections to the Magistrate Judge's Report and Recommendation (#48) have been filed pursuant to Local Rule IB 3-2 of the Local Rules of Practice of the United States District Court of the District of Nevada.

   Therefore, the Court **ACCEPTS** in whole the Findings & Recommendation (#48) of Magistrate Judge Peggy A. Leen entered October 20, 2006. Defendant's Motion to Suppress Evidence (#45) is **DENIED**.

   DATED this 9th day of November 2006.

_____
Kent J. Dawson
United States District Judge